DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Charla Romans

    **Plaintiff,**

vs.                                Civil No. 009-cv-0606-BR

**Commissioner of Social Security**

    **Defendant.**              **ORDER GRANTING AWARD OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $5.19, costs in the amount of $15.80, and attorney's fees in the amount of $7,088.42, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 8th day of July, 2010.

_____
                           Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**